UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**ANDREW DAVID WETZEL (#539179)**　　　　　**CIVIL ACTION**

**VERSUS**

**HOWARD PRINCE, ET AL.**　　　　　**NO.: 13-00228-BAJ-RLB**

## RULING AND ORDER

On May 16, 2013, the United States Magistrate Judge issued a report and recommendation, pursuant to 28 U.S.C. § 636(b)(1), recommending that Plaintiff Andrew Wetzel's complaint be dismissed for failure to pay the Court's filing fee (Doc. 8). Plaintiff was ordered to pay the full amount of the Court's filing fee within 21 days of the denial of his motion to proceed in forma pauperis (Doc. 7). Plaintiff has not filed an objection to the report and recommendation.

Having carefully considered the Magistrate Judge's Report, the record, and the applicable law, the Court concludes that the Magistrate Judge's Report is correct, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report (Doc. 8)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that the above captioned matter be

**DISMISSED, without prejudice**, for failure to pay the Court's filing fee.

Baton Rouge, Louisiana, this 4th day of November, 2013.

_____
**BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**